**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re:                                                                    Chapter 12 Case

Tyson Joseph Anderson and                                Case No. 26-30904
Jennifer Mae Anderson,
                              Debtors.

**STIPULATION FOR SETTLEMENT OF CONTESTED CONFIRMATION HEARING**

This stipulation is made between Chapter 12 Trustee Kyle Carlson; Farmers & Merchants State Bank of Springfield; CNH Industrial Capital America LLC; U.S. Bank N.A., as Custodian/Trustee for Federal Agricultural Mortgage Corporation ("Farmer Mac"); United States Department of Agriculture – Farm Service Agency ("FSA"); United States of America – Internal Revenue Service ("IRS"); and the Debtors regarding this case.

**WHEREAS,**

1.      The debtor filed a Chapter 12 plan on June 19, 2026.  It has been made known that some of the creditors require changes to the plan, and that the Chapter 12 Trustee, Farmers & Merchants State Bank of Springfield, FSA, and IRS have filed objections to the plan.

2.      The parties wish to settle the dispute regarding plan treatment short of incurring attorney's fees and additional litigation.

3.      The Chapter 12 Plan dated June 19, 2026, is denied via this stipulation of the parties.

4.      The parties are still negotiating the terms of the plan and desire time to further evaluate the Debtors' financial situation, creditor treatment, and plan language.  The parties agreed that a new plan should be filed by August 21, 2026.

**NOW, THEREFORE,** the parties stipulate and agree as follows:

1.      The Chapter 12 plan dated June 19, 2026, is denied.

2.      The debtors will file a new Chapter 12 plan by August 21, 2026.

3.      All parties consent to using e-signatures.

**WHEREFORE,** the parties affix their signatures to evidence their agreement to the terms contained herein.

Dated:  7/20/2026

/e/ Kyle L. Carlson
Kyle L. Carlson
Chapter 12 Trustee
P.O. Box 519
55 Southwest 2nd Ave
Barnesville, MN 56514
Phone: 218-354-7356

Dated:  7/20/2026

/e/  Krystal M. Lynne
Krystal M. Lynne    Atty No. 0392816
STERMER & SELLNER, CHTD.
102 Parkway Drive, PO Box 514
Montevideo, MN 56265
Phone: 320-269-6491

Attorney for Debtors

Dated:  7/20/2026

/e/ Jennifer Lurken
Jennifer G. Lurken    Atty No. 0347516
GISLASON & HUNTER LLP
Eide Bailly Center, Suite 500
111 South 2nd Street
Mankato, MN 56001
Phone: 507-387-4413

Attorney for Farmers & Merchants
State Bank of Springfield

Dated:  7/20/2026

/e/ Terri A. Running
Terri A. Running   Atty No. 238338
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: 612-6335-1500

Attorney for CNH Industrial
Capital America LLC

Dated:  7/20/2026

/e/ Dustin Stiles

Dustin Stiles   Atty No.
BAIRD HOLM LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
Phone: 402-636-8338

Attorney for Farmer Mac

DANIEL N. ROSEN
United States Attorney

Dated:  7/20/2026

*s/ Adine S. Momoh*

BY:  ADINE S. MOMOH
Assistant United States Attorney
Attorney Reg. No. 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Adine.Momoh@usdoj.gov
(612) 664-5600

Attorneys for the United States
Department of Agriculture – Farm
Service Agency

DANIEL N. ROSEN
United States Attorney

Dated:  7/20/2026

*s/ Adine S. Momoh*

BY:  ADINE S. MOMOH
Assistant United States Attorney
Attorney Reg. No. 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Adine.Momoh@usdoj.gov
(612) 664-5600

Attorneys for the United States of
America, Internal Revenue Service

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Chapter 12 Case |
| Tyson Joseph Anderson and<br>Jennifer Mae Anderson,<br>    Debtors. | Case No. 26-30904 |

**ORDER APPROVING STIPULATION**

Based on the Stipulation filed by the parties,

 IT IS ORDERED:

1. The Chapter 12 Plan dated June 19, 2026, is denied.

2. The debtors will file a new Chapter 12 plan by August 21, 2026.

Dated:

               _____

               Katherine A. Constantine
               Chief United States Bankruptcy Judge