UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| In re: | Chapter 12 |
| Jennifer Mae Anderson<br>and Tyson Joseph Anderson,<br><br>Debtors. | Case No. 26-30904 |

# RENEWED OBJECTION OF THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE TO CONFIRMATION OF THE DEBTORS' CHAPTER 12 PLAN

THE UNITED STATES OF AMERICA, Internal Revenue Service ("IRS"), by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Adine S. Momoh, Assistant United States Attorney, submits the following objections to confirmation of the Chapter 12 plan, dated June 19, 2026 (ECF No. 24) by Jennifer Mae Anderson and Tyson Joseph Anderson (the "Debtors"):

1. The confirmation hearing is scheduled for Thursday, September 24, 2026, at 10:00 a.m. before the Honorable Katherine A. Constantine, Chief United States Bankruptcy Judge for the District of Minnesota, in Courtroom 8 West, 8th Floor, Diana E. Murphy United States Courthouse, 300 S. Fourth Street, Minneapolis, Minnesota 55415.

2. The Court has jurisdiction over these objections pursuant to 28 U.S.C. §§ 157 and 1334, Fed. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing this Chapter 12 case was filed on March 20, 2026 (the "Petition Date"). This case is now pending in this Court.

3. These objections arise under 11 U.S.C. §§ 502(a), 1222(a)(1) and (2), 1224, and 1225; Fed. R. Bankr. P. 3015; and Local Rule 3015-2. These objections are filed under Fed. R. Bankr. P. 9013 and 9014 and Local Rules 3015-2 and 9013-1, *et seq*.

4. The IRS has an unsecured priority claim of $11,774.54 and a general unsecured claim of $7,759.88 against the Debtors. The total claim is $19,534.42, as set forth in the amended IRS Proof of Claim (Claim No. 1-6). No objections to the IRS's claims have been filed. Accordingly, the claims are deemed allowed pursuant to 11 U.S.C. § 502(a).

5. The IRS renews is objections under 11 U.S.C. §§ 502(a), 1222(a)(1) and (2), 1224, and 1225, namely: (i) no objections to the IRS's claims have been filed. Accordingly, the claims are deemed allowed pursuant to 11 U.S.C. § 502(a); (ii) the plan cannot be confirmed because it fails to comply with 11 U.S.C. § 1222(a)(2); and (iii) the IRS objects to the Debtors' plan to the extent the Debtors have failed to comply with 11 U.S.C. §§ 1222(a)(1) and 1225(b)(1). The IRS renews those objections and incorporates the arguments, documents, and pleadings filed in support of those objections as submitted in its initial objection filed at ECF No. 31.

WHEREFORE, for the foregoing reasons and those stated in its initial objections (ECF No. 31), the IRS prays that the plan be denied confirmation and for such further relief as may be just and equitable.

Dated: September 17, 2026

DANIEL N. ROSEN
United States Attorney

s/ *Adine S. Momoh*

BY: ADINE S. MOMOH
Assistant U.S. Attorney
Attorney ID Number 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Adine.Momoh@usdoj.gov

Attorneys for the United States of America, Internal Revenue Service