**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No. 26-30904

Tyson Joseph Anderson,
Jennifer Mae Anderson, Chapter 12

Debtors.

---

**ORDER DENYING CONFIRMATION OF PLAN**

---

This case came before the court for confirmation of the Debtors' modified chapter 12 plan [Doc 36]. Objections were filed by U.S. Bank, N.A. [Doc 38], the Chapter 12 Trustee [Doc 39], Farmers & Merchants State Bank of Springfield [Doc 40], United States Department of Agriculture – Farm Service Agency [Doc 41], and United States of America, Internal Revenue Service [Doc 42]. During the hearing, the Debtors requested and the other parties appearing at the hearing agreed, that confirmation of the plan be denied. Appearances are noted on the record.

Accordingly, based on the record,

**IT IS ORDERED:**

Confirmation of the modified plan is denied.

Dated: *September 25, 2026*

*s/ Katherine A. Constantine*
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-30904-KAC
Tyson Joseph Anderson Chapter 12
Jennifer Mae Anderson
Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 4
Date Rcvd: Sep 25, 2026 Form ID: pdf222 Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tyson Joseph Anderson, Jennifer Mae Anderson, 39852 State Highway 30, Storden, MN 56174-2037 |
| tr | + | U.S. Bank, N.A., as Custodian/Trustee for Federal, 1700 Farnam St., Ste. 1500, Omaha, NE 68102-2078 |
| intp | + | Farmers & Merchants State Bank of Springfield, 101 North Marshall Avenue, Springfield, MN 56087-2611 |
| intp | + | United States Department of Agriculture - Farm Ser, U. S. Attorney's Office, Attn: Adine S. Momoh, 600 U. S. Courthouse, 300 S. Fourth Street Minneapolis, MN 55415-1320 |
| intp | + | United States of America, Internal Revenue Service, c/o Adine S. Momoh, 600 U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415-1320 |
| 63615811 | + | AFLAC, PO Box 5626, Chicago IL 60680-5600 |
| 63615812 | | Bank Midwest, 640 1st Ave, Westbrook MN 56183 |
| 63615813 | | Blue Cross/Blue Shield of MN, PO Box 860448, Minneapolis MN 55486-0448 |
| 63615817 | + | CNH Industrial Capital America, 5729 Washington Ave, Racine WI 53406-4017 |
| 63615815 | + | Channel Seed, PO Box 204092, Dallas TX 75320-4092 |
| 63615820 | | Cooperative Finance Assoc/CFA, PO Box 901532, Kansas City MO 64190-1532 |
| 63615821 | | Cottonwood County Auditor, 900 34d Ave, Windom MN 56101 |
| 63647751 | + | Dale Shook, 644 East Beaton Drive, West Fargo, ND 58078-2648 |
| 63615822 | | EFTPS, PO Box 173788, Denver CO 80217-3788 |
| 63615826 | + | FARMERS & MERCHANTS BANK, 101 N MARSHALL AVENUE, PO Box 126, SPRINGFIELD MN 56087-0126 |
| 63615823 | + | Farm Service Agency, 1567 N McMillan Street, Suite 1, Worthington MN 56187-2801 |
| 63615824 | + | Farmer Mac, Federal Agricultural Mortgage, 9169 Northpark Drive, Johnston IA 50131-4807 |
| 63615825 | + | Farmer's Mutual Hail, 6785 Westown Parkway, West Des Moines IA 50266-7727 |
| 63639936 | + | Federal Agricultural Mortgage Corporation, c/o Dustin J. Stiles, 1700 Farnam St, Ste 1500, Omaha, NE 68102, dstiles@bairdholm.com 68102-2078 |
| 63615828 | + | Grinnel Mutual Reinsurance Co, PO Box 790, Grinnell IA 50112-0790 |
| 63615830 | + | Jarmer Manure TankeringService, 32260 240th St, Walnut Grove MN 56180-2040 |
| 63615832 | + | Minnesota Attorney General, 445 Minnesota St., STE 1400, St. Paul MN 55101-2131 |
| 63615835 | + | Northstar Mutual Insurance, PO Box 48, Cottonwood MN 56229-0048 |
| 63615836 | + | PHI FINANCIAL SERVICES, Altus Receiveables Management, 2121 Airline Dr, Ste 520, Metairie LA 70001-5987 |
| 63615837 | + | Puck Enterprise, 1110 100th Street, Manning IA 51455-7512 |
| 63615838 | + | Rain and Hail, Two Carlson Parkway, Suite 255, Plymouth MN 55447-4442 |
| 63632636 | + | Rain and Hail, LLC, 9200 Northpark Drive, Suite 300, Johnston, IA 50131-3006 |
| 63615839 | + | ReCreate Behavioral HealthOhio, 7050 W. Palmetto Park Road, Suite 15 #181, Boca Raton FL 33433-3433 |
| 63615843 | + | Small Business Administration, MN District Office, 330 2nd Ave, South, Suite 430, Minneapolis MN 55401-2224 |
| 63615844 | + | State Bank of Jeffers, PO box 128, Jeffers MN 56145-0128 |
| 63615845 | + | Titan Machinery, 1201 Highway 59N, Marshall MN 56258-2710 |
| 63647752 | + | Titan Machinery Inc., 644 East Beaton Drive, West Fargo, ND 58078-2648 |
| 63692015 | + | USDA Farm Service Agency, 375 Jackson St., Suite 400, Saint Paul, MN 55101-1852 |
| 63615848 | + | VanDyke Grinding Co, 10510 Chaney Ave, Chandler MN 56122-3809 |
| 63615849 | + | Windom Auto Value, PO Box 67, Windom MN 56101-0067 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2026 22:20:00 | Internal Revenue Service, 30 E 7th St, Stop 5700 |

| | | | | |
|---|---|---|---|---|
| | | | | Ste 1222, St Paul, MN 55101 |
| smg | + | Email/Text: mdor.bkysec@state.mn.us | Sep 25 2026 22:20:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Sep 25 2026 22:20:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63615814 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2026 22:19:27 | CAPITAL ONE, PO BOX 7683, SAN FRANCISCO CA 94120-7683 |
| 63671278 | + | Email/Text: nafaxhrbk@cnhind.com | Sep 25 2026 22:20:00 | CNH Industrial Capital America LLC, P.O. Box 63048, Newark, NJ 07101-8065 |
| 63615818 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2026 22:20:00 | COMENITY BANK/MAURICES, PO Box 182125, Columbus OH 43218-2125 |
| 63615819 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2026 22:20:00 | COMENITY CAPITAL BANK - ULTA, PO BOX 183043, Columbus OH 43218-3043 |
| 63615816 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2026 22:29:37 | Chase Credit Card, Card Member Service, PO Box 6294, Carol Stream IL 60197-6294 |
| 63615831 | | Email/Text: litbkcourtmail@johndeere.com | Sep 25 2026 22:20:00 | JOHN DEERE FINANCIAL, 6400 NW 86TH STREET, PO BOX 6600, JOHNSTON IA 50131-6600 |
| 63710744 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 25 2026 22:20:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 63615827 | + | Email/Text: jackies@glenwoodstate.com | Sep 25 2026 22:20:00 | Glenwood State Bank, 5 E Minnesota Ave, PO Box 197, Glenwood MN 56334-0197 |
| 63633532 | + | Email/Text: jackies@glenwoodstate.com | Sep 25 2026 22:20:00 | Glenwood State Bank, 2221 S Broadway, Alexandria, MN 56308-3422 |
| 63635706 | + | Email/Text: RASEBN@raslg.com | Sep 25 2026 22:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 63634682 | + | Email/Text: BKRMailOps@weltman.com | Sep 25 2026 22:20:00 | John Deere Financial, F.S.B., c/o Weltman, Weinberg & Reis Co., L.P.A., 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |
| 63615833 | + | Email/Text: mdor.bkysec@state.mn.us | Sep 25 2026 22:20:00 | MN Dept of Revenue, Mail Station 7703, Saint Paul MN 55146-0001 |
| 63615834 | + | Email/Text: mdor.bkysec@state.mn.us | Sep 25 2026 22:20:00 | MN Dept. of Revenue, Mail Station 4413, Saint Paul MN 55146-0001 |
| 63664812 | | Email/Text: bnc-quantum@quantum3group.com | Sep 25 2026 22:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 63664796 | | Email/Text: bnc-quantum@quantum3group.com | Sep 25 2026 22:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 63615840 | | Email/Text: Charlotte.Rusch@SanfordHealth.org | Sep 25 2026 22:20:00 | SANFORD HEALTH, PO BOX 5070, SIOUX FALLS SD 57117-5070 |
| 63672403 | | Email/Text: Charlotte.Rusch@SanfordHealth.org | Sep 25 2026 22:20:00 | Sanford Health, 801 Broadway N Route 1000, PO BOX 2010, Fargo, ND 58122-1000 |
| 63615841 | ^ | MEBN | Sep 25 2026 22:13:14 | Sloan Servicing, PO Box 87090, Lincoln NE 68501-7090 |
| 63636969 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 25 2026 22:20:00 | Sloan Servicing obo Ascendium Education Solutions,, PO Box 8961, Madison WI 53708-8961 |
| 63615842 | + | Email/Text: bankruptcynotices@sba.gov | Sep 25 2026 22:20:00 | Small Business Administration, 409 3rd Street SW, Washington DC 20416-0002 |
| 63615846 | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Sep 25 2026 22:20:00 | US Attorney, United States Courthouse, 300 S Fourth Street, STE 600, Minneapolis MN 55415-2200 |

| | | | | |
|---|---|---|---|---|
| 63615847 | ^ | MEBN | Sep 25 2026 22:12:45 | US Attorney General, 950 Pennsylvania Ave, Washington DC 20530-0001 |
| 63668286 | + | Email/Text: bankruptcynotices@sba.gov | Sep 25 2026 22:20:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | CNH Industrial Capital America LLC |
| intp | | Glenwood State Bank |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 63615829 | * | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATI, PO BOX 7346, PHILADELPHIA PA 19101-7346 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adine S. Momoh | on behalf of Interested Party United States Department of Agriculture - Farm Service Agency adine.momoh@usdoj.gov usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| Adine S. Momoh | on behalf of Interested Party United States of America Internal Revenue Service adine.momoh@usdoj.gov, usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| Benjamin J. Court | on behalf of Interested Party CNH Industrial Capital America LLC benjamin.court@stinson.com stephanie.hess@stinson.com;MPL.LSSTeam5@stinson.com |
| Jennifer G. Lurken | on behalf of Interested Party Farmers & Merchants State Bank of Springfield jlurken@gislason.com JGLfilings@gislason.com |
| Jeremiah Charles Hollembeak | on behalf of Trustee U.S. Bank N.A., as Custodian/Trustee for Federal Agricultural Mortgage Corporation Programs jhollembeak@bairdholm.com |
| Krystal M. Lynne | on behalf of Debtor 2 Jennifer Mae Anderson klynne@stermerlaw.com mn21@ecfcbis.com;jackie.eggers@stermerlaw.com |
| Krystal M. Lynne | on behalf of Debtor 1 Tyson Joseph Anderson klynne@stermerlaw.com mn21@ecfcbis.com;jackie.eggers@stermerlaw.com |
| Kyle Carlson | |

| | |
|---|---|
| | info@carlsonch13mn.com trusteeMNB50@ecf.epiqsystems.com |
| Scott T. Johnston | on behalf of Interested Party Glenwood State Bank johnston@johnstonbrouillard.com aaberg@johnstonlawoff.com |
| Terri A. Running | on behalf of Interested Party CNH Industrial Capital America LLC terri.running@stinson.com mpl.lssteam5@stinson.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 11